UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY GIVENS, )
)
   Plaintiff, )
)
v. )
)
DISTRICT OF COLUMBIA )
GOVERNMENT, DEPARTMENT OF )
MENTAL HEALTH )
)
**Serve:** Anthony Williams )
Mayor of the District of Columbia )
John A. Wilson Building )
1350 Pennsylvania Avenue, N.W. )
Washington, D.C. 20004 )
)
Office of the Attorney General )
John A. Wilson Building )
1350 Pennsylvania Avenue, N.W. )
Washington, D.C. 20004 )
)
Martha Knisely, Director )
Department of Mental Health )
64 New York Avenue, N.E. )
Washington, D.C. 20002 )
)
   Defendant. )
)

CASE NUMBER 1:05CV02435

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 12/20/2005

## NOTICE OF REMOVAL

  Without waiving any right to challenge sufficiency of process, Defendant District of Columbia ("District"), through the undersigned counsel, respectfully notifies the Court as follows:

  1. This matter was brought against the above named Defendants and is now pending in the Superior Court for the District of Columbia entitled <u>Anthony Givens v. District of Columbia et al.</u>, Civil Action No. 05-9558.

2. At this time, the undersigned counsel represents the District. Counsel has not yet verified that the District of Columbia has been properly served. This case is removable in accordance with 28 U.S.C. § 1441(b) because the United States District Court would have original jurisdiction over this matter under 28 U.S.C. § 1331, Plaintiff's primary cause of action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

3. In accordance with 42 U.S.C. § 1446(a), Defendant has attached a copy of the pleading received by the District of Columbia. Defendant District of Columbia does not believe that this process is sufficient and reserves the right to raise issues concerning service of process at the appropriate time.

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. § 1446.

Dated: December 20, 2005          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY MATTHEWS-JOHNSON
D.C. Bar No. 435163
Section Chief
General Litigation I

_/s/ Wendel V. Hall_
WENDEL V. HALL, D.C. Bar No. 439344
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431

_[signature: Wendel V. Hall]_
WENDEL V. HALL, D.C. Bar No. 439344
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was sent by U.S. mail, first-class, postage prepaid, this 20th day of December, 2005, to:

Anthony Givens
6008 Hope Drive
Temple Hills, MD  20748

Wendel V. Hall



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ANTHONY GIVENS
Vs.                                                                              C.A. No.    2005 CA 009558 B
D. C. DEPARTMENT OF MENTAL HEALTH

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office, (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E. KRAVITZ
Date:   December 15, 2005
Initial Conference: 9:30 am, Friday, March 24, 2006
Location:  Courtroom 415
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

05-0003558

Anthony Givens
                    Plaintiff

vs.

Office of the Attorney General
                    Defendant

Civil Action No. _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 a.m. and 4:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Anthony Givens
Name of Plaintiff's Attorney

6008 Hope Drive
Address
Temple Hills, MD 20748

(301) 423-0641
Telephone

By 
Deputy Clerk

Date December 8, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 95       NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ANTHONY GIVENS<br>6008 Hope Drive<br>Temple Hills, MD 20748<br><br>v.<br><br>DISTRICT OF COLUMBIA GOVERNMENT,<br>DEPARTMENT OF MENTAL HEALTH<br><br>**Serve:** The Honorable Anthony Williams<br>Mayor of the District of Columbia<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Office of the Attorney General<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW, Suite 409<br>Washington, DC 20004<br><br>Martha Knisley, Director<br>Department of Mental Health<br>64 New York Avenue, N.E., 4th Floor<br>Washington, DC 20002 | 05-0009558<br><br>Civil Action No. _____<br><br>RECEIVED<br>CIVIL CLERK'S OFFICE<br>DEC 1 5 2005<br>SUPERIOR COURT<br>OF THE DISTRICT OF COLUMBIA<br>WASHINGTON, DC |

## COMPLAINT
(Gender, Race, National Origin Discrimination and Retaliation)

### Nature of Action

Plaintiff Anthony Givens ("Mr. Givens" or "Plaintiff"), *pro se*, hereby brings this action to correct unlawful employment practices on the basis of gender, race, national origin and retaliation and to obtain appropriate relief to Plaintiff under the D.C. Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964, as amended. Specifically, and as alleged with greater particularity in paragraphs 6 through 13, Defendant District of Columbia Government, by and through its agents, employees,

1

and representatives in the Department of Mental Health, discriminated against Plaintiff because of his gender, race, national origin, and/or retaliation for prior EEO activity.

### Jurisdiction and Venue

1. Jurisdiction of this Court is invoked pursuant to D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. This action is authorized and instituted pursuant to Section 2-1403.03(b) of the D.C. Human Rights Act of 1977, as amended and Section 706(f)(3) of Title VII of the Civil Rights Act of 1964, as amended.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the Superior Court for the District of Columbia.

### Parties

3. Plaintiff Anthony Givens ("Mr. Givens") is an adult resident of Prince George's County, Maryland. He is a current employee of the Defendant District of Columbia Government, Department of Mental Health.

4. Defendant District of Columbia Government, Department of Mental Health, is an employer within the meaning of the D.C. Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964.

### Statement of Claims

5. More than thirty (30) days prior to the institution of this lawsuit, Plaintiff filed a charge of discrimination with the D.C. Office of Human Rights alleging violations of the D.C. Human Rights Act by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

6. On or about July 14, 2003, Plaintiff received a Notice of Proposal to Remove. Plaintiff appealed the proposed action through the internal grievance process.

7. On or about August 6, 2003, the parties met for the grievance hearing. At that meeting, Defendant, through its agents and/or employees attempted to coerce Plaintiff's acceptance of a 15-day suspension. Plaintiff refused the suspension; however, no formal finding or decision was made after the grievance meeting. Plaintiff was not returned to work, but did not receive any suspension or final removal notice.

8. Plaintiff then filed an EEO complaint with the Department of Mental Health Equal Employment Office. Despite delays caused by Defendant's failure to provide requested documentation for review, the EEO investigator concluded that Plaintiff had in fact been subjected to unwarranted harassment and made his recommendations to Ms. Joy Holland, CEO of St. Elizabeths Hospital.

9. In response to the investigator's findings, Ms. Holland reinstated Mr. Givens to his position and stated that Mr. Givens would "be made whole."

10. Upon his return, however, Defendant failed to make Mr. Givens whole by miscalculating – intentionally or with reckless disregard – the back pay to which he was entitled, incorrectly altering – intentionally or with reckless disregard – his service retirement date, and charging him with repayment of any unemployment benefits he received during his no-pay status.

11. In addition, Defendant, through its agents and/or employees, continued to harass Mr. Givens, from the date of his reinstatement through the present, by creating a hostile work environment, repeatedly placing Mr. Givens in unsafe or unduly dangerous situations with violent patients, mishandling his shift assignments, failing to report his injuries from patient attacks in a timely fashion, and refusing to grant his requests for transfer while granting such requests for other similarly-situated co-workers.

3

12. Further, Defendant, through its agents and/or employees, continues to retaliate against Mr. Givens for his prior EEO activity by imposing or threatening to impose disciplinary action against him when Plaintiff has not committed any infraction. Indeed, similarly situated co-workers who have committed infractions, including attacks against patients, and have not been subjected to disciplinary actions, including the threat of termination.

13. Defendant has engaged in unlawful employment practices in violation of the DC Human Rights Act and Title VII of the Civil Rights Act of 1964, by discriminating against Plaintiff based on his gender, race, national origin, and/or prior EEO activity.

14. The effect of the practices complained of in paragraphs 6 through 13 above has been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect the terms and conditions of his employment because of his gender, race, national origin, and/or prior EEO activity.

17. The unlawful employment practices complained of in paragraphs 6 through 13 above were intentional.

18. The unlawful employment practices complained of in paragraphs 6 through 13 above were done with malice or with reckless indifference to the protected rights of the Plaintiff.

### Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant District of Columbia Government, Department of Mental Health, its commissioners, directors, officers,

4

successors, assigns, and all persons in active concert or participation with it, from engaging in disability discrimination and any other employment practice which discriminates on the basis of gender, race, national origin, and/or prior EEO activity;

 B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for employees regarding disability and reasonable accommodation that eradicate the effects of its past and present unlawful employment practices;

 C. Order Defendant to make Mr. Givens whole, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary (including front pay) to eradiate the effect of its unlawful employment practices;

 D. Order Defendant to make Mr. Givens whole, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 6 through 153 including medical expenses, in amounts to be determined at trial;

 E. Order Defendant to make Mr. Givens whole, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 6 through 13 above, including emotional pain and suffering, anxiety, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

 F. Award Plaintiff his costs of this action;

 G. Grant such further relief as the Court deems necessary and proper in the public interest.

## JURY DEMAND

Plaintiff hereby requests a trial by jury in this matter.

Respectfully submitted,

Anthony Givens, *Pro Se*
6008 Hope Drive
Temple Hills, MD 20748
(301) 423-0641

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Anthony Givens
*Plaintiff*

VS.

Martha Knisley, Dir., DC DMH
*Defendant*

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 a.m. and 4:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Anthony Givens
Name of Plaintiff's Attorney

6008 Hope Drive
Address
Temple Hills, MD 20748

(301) 423-0641
Telephone

By _____
Deputy Clerk

Date December 8, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 91      NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.