UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GIVENS, | ) | |
|  | ) | |
| Plaintiff, | ) | Civil Action No. 05-ca-002435 (ESH) |
|  | ) | |
| v. | ) | |
|  | ) | |
| DISTRICT OF COLUMBIA, | ) | |
|  | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant District of Columbia, by and through undersigned counsel, moves for an enlargement of time to file an answer or otherwise respond to the Complaint. The Complaint in this matter was originally filed in District of Columbia Superior Court. On December 21, 2005, Defendant removed this case from the Superior Court. No other activities occurred in this case. Most importantly, it does not appear that Defendant was properly served and is not yet subject to the personal jurisdiction of this Court. Defendant is in the process of verifying this fact.

On January 19, 2006, Defendant received a call from Chambers inquiring about the timing of its answer. Although reserving the issue of proper service, Defendant stated that it thought it could respond by Monday, January 23, 2006. The desireability of securing an affidavit to support its motion to dismiss, however, leads Defendant to seek up to and including January

30, 2006 within which to file its motion to dismiss. Under the circumstances, Defendant respectfully submits that it has met the requirements of Fed. R. Civ. P. 6(b)(1).

In accordance with LCvR 7.1(m), Defendant sought consent from Plaintiff for the relief requested herein. Plaintiff informed counsel that he had retained counsel to represent him in this matter and Defendant terminated the conversation. Defendant then sought consent from the person that Plaintiff identified as his counsel, Lisa Sanders, Esq. Defendant spoke with Ms. Sanders who stated that she was not representing Plaintiff in the proceedings before the Court, but had represented him in an earlier and related matter. Ms. Sanders stated that she explained Defendant's request to Plaintiff and that he had "no problem" with the request. This statement is consistent with what Plaintiff said before stating that he was represented in this matter.

Dated: January 24, 2006                    Respectfully submitted,

                                                        ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion for Enlargement of Time to Answer or Otherwise Respond, a memorandum of points and authorities in support, and a proposed order was sent by first class mail, on this 24th day of January 2006 to:

Lisa Sanders, Esq.
Sanders & Sanders
14452 Old Mill Rd
Suite 101
PO Box 1429
Upper Marlboro, MD  20773


And served upon the Court using the Court's ECF/CM system.


/s/ Wendel Hall_____
WENDEL HALL
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-ca-002435 (ESH) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

The Complaint in this matter was originally filed in District of Columbia Superior Court. On December 21, 2005, Defendant removed this case from the Superior Court. No other activities occurred in this case. Most importantly, it does not appear that Defendant was properly served and is not yet subject to the personal jurisdiction of this Court. Defendant is in the process of verifying this fact.

On January 19, 2006, Defendant received a call from Chambers inquiring about the timing of its answer. Although reserving the issue of proper service, Defendant stated that it thought it could respond by Monday, January 23, 2006. The desireability of securing an affidavit to support its motion to dismiss, however, leads Defendant to seek up to and including January 30, 2006 within which to file its motion to dismiss. Under the circumstances, Defendant respectfully submits that it has met the "cause shown" requirement of Fed. R. Civ. P. 6(b)(1).

For the foregoing reasons and such others as may appear to the Court, Defendant respectfully requests that the Court grant the relief requested herein.

Dated: January 24, 2006                    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163



/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-ca-002435 (ESH) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time to Answer Or Otherwise Respond, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein and it appearing to the Court that the motion should be granted, it is by the Court this ____ day of _____, 2006.

ORDERED:  That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That Defendant shall file its answer or other response to the Complaint on or before January 30, 2006.

_____
Ellen Segal Huvelle
United States District Judge

2

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Anthony Givens
6008 Hope Drive
Temple Hills, MD 20748

2