UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS, | ) |
| Plaintiff, | ) Civil Action No. 05-ca-002435 (ESH) |
| v. | ) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**MOTION TO SUBSTITUTE DEFENDANT DISTRICT OF COLUMBIA FOR DEFENDANT DEPARTMENT OF MENTAL HEALTH**

Defendant District of Columbia Department of Mental Health, by and through undersigned counsel, moves to substitute the District of Columbia as the party defendant. As a non-sui juris agency of the District of Columbia, the Department of Mental Health cannot be sued in its own name. University Legal Servs. v. St. Elizabeths Hosp., 2005 U.S. Dist. LEXIS 36132. *21 (D.D.C. 2005). The District of Columbia, however, consents to be substituted for the Department of Mental Health.

Defendant attempted to obtain Plaintiff's consent to the relief requested herein by telephoning him. Plaintiff, however, was not available and Defendant left a message. Plaintiff did not return the call before this motion was filed.

Dated: January 30, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__________________________________
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

__________________________________
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion To Substitute Defendant District of Columbia Department of Mental Health for Defendant District of Columbia, the memorandum of points and authorities in support, and a proposed Order was sent by first class mail, on this 30th day of January 2006 to:

Anthony Givens
6008 Hope Drive
Temple Hills, MD 20748

____________________________
WENDEL HALL
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 05-ca-002435 (ESH) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

Defendant respectfully asks that this Court dismiss Defendant District of Columbia Department of Mental Health as the defendant in this matter and to substitute the District of Columbia. The controlling legal principles were applied to the Department of Mental Health in University Legal Servs. v. St. Elizabeths Hosp., 2005 U.S. Dist. LEXIS 36132, * 21 (D.D.C. 2005), leading to the dismissal of the Department of Mental Health as a defendant:

> A District agency cannot be sued in the absence of a statute making the agency amenable to a suit and no such statute exists for the DMH or St. Elizabeths Hospital.

Assuming that Plaintiff demonstrates service within the applicable time period, Fed. R. Civ. P. 4(m), the District of Columbia consents to be substituted for the Department of Mental Health in this case.

For the foregoing reasons and such others as may appear to the Court, Defendant respectfully requests that the Court dismiss Defendant Department of Mental Health and substitute the District of Columbia as defendant.

Dated: January 30, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____________________________________
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

____________________________________
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY GIVENS, | ) | |
| Plaintiff, | ) | Civil Action No. 05-ca-002435 (ESH) |
| v. | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Substitute, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein and it appearing to the Court that the motion should be granted, it is by the Court this ____ day of _____________, 2006.

ORDERED: That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That Defendant Department of Mental Health shall be dismissed; and it is

FURTHER ORDERED: That the District of Columbia is hereby substituted for the Department of Mental Health as defendant in this matter for all purposes.

___________________________________
Ellen Segal Huvelle
United States District Judge

cc:

Anthony Givens
6008 Hope Drive
Temple Hills, MD 20748

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001