UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Anthony Givens | * | Civ. Action No. 05-2435 (HSH) |
| Plaintiff, | * | |
| v. | * | |
| Hughes Network Systems | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Please enter the appearance of Alan Lescht, Esq., 1050 17th St., NW, Suite 220, Wash., D.C. 20036 Tel. (202) 463-6036, Fax (202) 463-6067, as counsel for the plaintiff in this case.

Date:   February 6, 2006

_____
Alan Lescht, Esq. (441691)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff