UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Anthony Givens | * | Civ. Action No. 05-2435 (HSH) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Hughes Network Systems | * | |
| | * | |
| Defendant. | * | |

ON CONSENT: MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

On consent of the Defendant, Plaintiff moves for an Order continuing the initial

scheduling conference set for March 1, 2006 because counsel just entered his appearance

in this case and is scheduled to conduct a trial out of town on that day.

Date:   February 9, 2006

_____
Alan Lescht, Esq. (441691)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff