UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Anthony Givens | * | Civ. Action No. 05-2435 (HSH) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Hughes Network Systems | * | |
| | * | |
| Defendant. | * | |

<u>ORDER</u>

On consent of the Defendant, it is hereby ordered that Plaintiff's motion for an

Order continuing the initial scheduling conference set for March 1, 2006 is GRANTED

and the Clerk shall reset the conference to a new date.

Date: _____, 2006


_____
USDJ