UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Anthony Givens | * | Civ. Action No. 05-2435 (ESH) |
| Plaintiff, | * | |
| v. | * | |
| DC | * | |
| Defendant. | * | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. **Statement of the Case**:

Plaintiff's Statement of the Case:

The Complaint alleges that Plaintiff, who is employed by Defendant as a Forensic Psychiatric Technician at Saint Elizabeth's Hospital, was subjected to unlawful gender, national origin, race and reprisal discrimination at work.when he was removed from his job, then reinstated after filing an EEO complaint, and subjected to disparate treatment and harassment thereafter.

Defendant's Statement of the Case:

Plaintiff, who is employed by Defendant as a Forensic Psychiatric Technician at Saint Elizabeth's Hospital, alleges that he was subjected to unlawful gender discrimination at work when

1

he was removed from his job, then reinstated after appealing the termination through Defendant's EEO Office. Plaintiff was reinstated in February 2004. Plaintiff alleges that he was told that he would be, in his words, "made whole." He claims that he was not in some unspecified way. Plaintiff claims that his shift and unit preferences were not honored and that he was required to submit tax information to help calculate any remedy.

2.  **Dispositive Motions**

Plaintiff does not intend to file a dispositive motion. Defendant intends to file a motion for summary judgment as case developments warrant. To date, Defendant has not received notice that Plaintiff has completed the administrative process before the EEOC and notes that his EEOC charge (which may have, but was not necessarily, been cross-filed with the EEOC) does not reveal that Plaintiff has experienced a material adverse action.

3.  **Joinder and Amendment**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4.  **Assignment to Magistrate Judge**

The parties do not consent to assignment of this case to a Magistrate Judge for trial. The parties consent to the assignment of the case to a Magistrate Judge for the purposes of settlement.

5.  **Settlement**

The parties agree to consider mediation before a Magistrate Judge after discovery is completed.

6.  **ADR**

2

The parties consent to ADR after the close of discovery.

7. **Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 30 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

8. **Initial Disclosures**

The parties agree to dispense with initial disclosures under Fed. R. Civ. P. 26(a)(1).

9. **Extent of Discovery**

The parties propose that discovery close 120 days after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in Fed. R. Civ. P. 26-37 and applicable local rules should apply.

10. **Expert Witnesses**

The parties agree that Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 60 days after the entry of a Scheduling Order, Defendant will designate its experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 75 days after Plaintiff's required disclosure; and each party will make their experts available for deposition within 45 days of the designations and disclosures pertaining to that expert.

11. **Class Action**

This is not a class action lawsuit.

12. **Bifurcation**

The parties do not seek bifurcation.

13. **Pre-trial Conference**

3

The Pre-trial Conference should be scheduled by the Court within 30 days of the Court's ruling on dispositive motions. If there are no motions pending, the pre-trial conference should be scheduled within 30 days of completion of discovery.

14. **Trial Date**

The parties agree that the date of trial (3-4 days) should be scheduled by the Court at the pre-trial conference.

15. **Proposed Order**

A proposed Scheduling Order is submitted herewith.

Date: February 27, 2006

                              Respectfully submitted,

                              /s/ Alan Lescht (per email authorization)
                              Alan Lescht #441691
                              Alan Lescht & Associates, P.C.
                              1050 17th St., N.W. Suite 220
                              Washington, D.C. 20036
                              (202) 463-6036
                              Attorneys for Plaintiff

Dated: February 27, 2006                Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              /s/ Kimberly Johnson
                              KIMBERLY MATTHEWS JOHNSON
                              Chief, General Litigation I
                              D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

Case 1:05-cv-02435-ESH   Document 8   Filed 03/15/2006   Page 5 of 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony Givens | * | Civ. Action No. 05-2435 (ESH) |
| Plaintiff, | * | |
| v. | * | |
| DC | * | |
| Defendant. | * | |

### SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 120 days after the entry of this Order.

5. Plaintiff shall designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 60 days after the entry of a Scheduling Order, Defendant will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 75 days after Plaintiff's required disclosure, and each party will make their experts available for deposition within 45

days of the designations and disclosures pertaining to that expert.

6. The pre-trial conference shall be set within 30 days after the court rules on dispositive motions, or if there are no motions pending, within 30 days upon completion of discovery.

7. The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2006.


                                                    _____
                                                    Hon. Ellen S. Huvelle
                                                    United States District Judge