UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY GIVENS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-2435 |
| | : | (ESH) |
| DISTRICT OF COLUMBIA DEPARTMENT | : | |
| OF MENTAL HEALTH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MEDIATION REFERRAL ORDER**

With the consent of the parties on March 17, 2006, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of **March 22, 2006**.

2. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly assign a mediator.

3. Mediation efforts shall conclude by **May 22, 2006**.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

                                                                                             s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date:  March 17, 2006