UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-ca-002435 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND MEDIATION PERIOD AND TO CONTINUE INITIAL SCHEDULING CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant District of Columbia, with the consent of Plaintiff Anthony Givens, moves to enlarge the time to complete mediation and to continue the initial scheduling conference. As the result of a scheduling conflict with a mediation before Magistrate Judge Facciola, the original mediation date had to be rescheduled. The parties propose May 25, 2006. However, this date is beyond the deadline set in the Court's Order of March 17, 2006 and the parties are therefore seeking an enlargement of time to complete mediation. A memorandum of points and authorities in support of this motion and a proposed Order granting it are filed herewith.

Pursuant to LCvR 7.1(m), the parties discussed the relief requested herein. All parties consent to the entry of the relief requested.

Dated: May 11, 2006                                   Respectfully submitted,

                                                                            ROBERT J. SPAGNOLETTI
                                                                            Attorney General for the District of Columbia

                                                                            GEORGE C. VALENTINE
                                                                            Deputy Attorney General
                                                                            Civil Litigation Division


                                                                                 /s/ Kimberly Johnson by WVH
                                                                            KIMBERLY MATTHEWS JOHNSON
                                                                            Chief, General Litigation I
                                                                            D.C. Bar No. 435163



                                                                            /s/ Wendel Hall
                                                                            WENDEL V. HALL
                                                                            Assistant Attorney General
                                                                            D.C. Bar No. 439344
                                                                            Suite 6S012
                                                                            441 4th Street, N.W.
                                                                            Washington, D.C. 20001
                                                                            (202) 724-6608
                                                                            (202) 727-0431 (fax)
                                                                            E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY GIVENS,<br><br>           Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-ca-002435 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE MEDIATION AND TO CONTINUE INITIAL SCHEDULING CONFERENCE**

The parties respectfully request that the Court enlarge the time to continue mediation for at least three days to permit a mediation session on May 25, 2006 and to continue the initial scheduling conference that is also scheduled for May 25, 2006. The parties believe that spending the time in mediation may be productive in moving this matter toward resolution.

The Complaint in this matter was filed in the Superior Court of the District of Columbia and was removed in accordance with 28 U.S.C. § 1441. The District filed its timely answer on January 30, 2006. The Court set an initial scheduling conference for March 17, 2006 and the parties attended it. At the conference, Givens asked that the case be mediated and the Court agreed. By Order, it established a mediation period of March 22, 2006 to May 22, 2006. The parties scheduled a mediation for May 4, 2006. However, a scheduling conflict arose with

3

mediation session scheduled by Magistrate Judge Facciola. In light of this, the parties reviewed their calendars and settled on May 25, 2006. The parties agreed to approach the Court and ask for a modification of its Order and for a continuance of the mediation and the District agreed to prepare the motion.

Fed. R. Civ. P. 6(b)(1) provides the controlling authority for this motion. It authorizes an enlargement upon "cause shown" if the time period for the act in question has not expired. Because the Court required completion of the mediation by May 22, 2006, the applicable deadline has not expired and Rule 6(b)(1) is applicable.

The parties respectfully submit that they have met the "cause shown" standard. The parties scheduled a mediation session and are seeking to reschedule it. They have discussed the case and the mediation issues generally and are preparing the necessary factual background for their positions. The extra time may make the mediation more effective than it may otherwise have been.

The parties also request that the initial scheduling conference be continued to provide additional time for the mediation. If mediation is successful, it would obviate the necessity for a hearing. Even if not successful, mediation may focus the issues in the case and simplify matters for the initial scheduling conference. The parties therefore request that the initial scheduling conference be continued to a date convenient to the Court in June 2006 or thereafter.[1]

For the foregoing reasons and such others as may appear to the Court, the parties respectfully request that the Court modify its Order of March 17, 2006 to permit more time for

---

[1] While counsel appear at the pleasure of the Court and recognize that the Court's schedule is paramount, counsel would respectfully inform the Court that one or both attorneys is/are unavailable on the following days: June 2 (afternoon), 9, 14, 15, 19, 20, and 30th.

mediation (at least through May 25, 2006) and to continue the initial scheduling conference until an appropriate time in June 2006 or thereafter.

Dated: May 11, 2006                              Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


        /s/ Kimberly Johnson by WVH
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-ca-002435 (ESH) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered Consent Motion To Extend Mediation Period And To Continue Initial Scheduling Conference, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that the parties' Consent Motion To Extend Mediation Period And To Continue Initial Scheduling Conference shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that the Order of March 17, 2006 shall be, and hereby is, modified to enlarge the time for completing mediation to _____, 2006; and it is

FURTHER ORDERED:   that the initial scheduling conference shall be, and hereby is, scheduled for _____, 2006 and _____ A.M./P.M.

_____
Ellen Segal Huvelle
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Alan Lescht, Esq.
Susan Kruger, Esq.
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General, D.C.

                CHARLES F. BARBERA
                Deputy Attorney General, D.C.

                BRUCE BRENNAN
                Assistant Deputy Attorney General, D.C.
                Commercial Division

                _____

                Kimberly Matthews Johnson,
                Interim Section Chief, Contracts, Regulatory & Personnel

                _____

                WENDEL HALL  Assistant Attorney General, D.C.
                Commercial Division
                441 4th Street, NW
                Washington, DC 20001
                (202) 724-6608
                (202) 727-0431

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing _____ was sent by first class mail, on this ___ day of _____ 200__ to:

_____
WENDEL HALL
Assistant Attorney General