UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS,<br><br>   Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | Civil Action No. 05-2435 (ESH) |

## ORDER

The Court having been advised by counsel that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of forty-five days from the date of this Order. If settlement is not consummated within that forty-five-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

  **SO ORDERED.**

                     _____s/_____
                     ELLEN SEGAL HUVELLE
                     United States District Judge

Date: September 5, 2006