IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-ca-002435(ESH) |
| ) | |
| DISTRICT OF COLUMBIA, DEPARTMENT ) | |
| OF MENTAL HEALTH ) | |
| ) | |
| Defendant. ) | |

## ON CONSENT: MOTION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT

The parties entered into an agreement to settle this case and the court entered an Order granting the parties 45-days to complete documentation of the settlement they reached resolving this case.

Defense counsel Mr. Hall stated last week that he needed additional time to finish his documentation of the settlement and the undersigned agreed that he would consent to extend Mr. Hall's time to finish documentation of the settlement. Counsel agreed that they would file a consent motion seeking an extension of the 45-days to give Mr. Hall more time to document the settlement and Mr. Hall agreed to file the motion.

Based on the foregoing, plaintiff moves for an Order extending the time for the parties complete the documentation of the settlement of this case for an additional 45-days.

_/s/ Alan Lescht_
Alan Lescht
ALAN LESCHT & ASSOCIATES, P.C.
1050 Seventeenth St., N.W.
Suite 220
Washington, DC 20036
(202) 463-6036
Attorneys for Plaintiff