IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-ca-002435(ESH) |
| DISTRICT OF COLUMBIA, DEPARTMENT OF MENTAL HEALTH | ) |
| Defendant. | ) |

ORDER

Upon consent of the parties, it is hereby ORDERED that the time for the parties to complete documentation of the settlement is extended for an additional 45-days.

_____
USDJ

3