IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-ca-002435(ESH) |
| ) | |
| DISTRICT OF COLUMBIA, DEPARTMENT ) | |
| OF MENTAL HEALTH ) | |
| ) | |
| Defendant. ) | |

ON CONSENT: MOTION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT

The parties entered into an agreement to settle this case and the court entered an Order granting the parties 45-days to complete documentation of the settlement they reached resolving this case.

The court granted an additional 45-days because the defendant needed additional time to finish its documentation of the settlement.

The defendant has today tendered a draft settlement agreement for review but today is the deadline for completing the settlement and we are unable to do so by the end of the day.  Consequently, the parties respectfully request that the court extend the time for the parties complete the documentation of the settlement of this case for an additional 45-days.  No other such requests will be made and we will make all efforts to finalize the settlement earlier.

_____
Alan Lescht

        ALAN LESCHT & ASSOCIATES, P.C.
        1050 Seventeenth St., N.W.
        Suite 220
        Washington, DC 20036
        (202) 463-6036
        Attorneys for Plaintiff