IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-ca-002435(ESH) |
| ) | |
| DISTRICT OF COLUMBIA, DEPARTMENT ) | |
| OF MENTAL HEALTH ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consent of the parties, it is hereby ORDERED that the time for the parties to complete documentation of the settlement is extended for an additional 45-days.

_____
USDJ