IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-ca-002435(ESH) |
| ) | |
| DISTRICT OF COLUMBIA, DEPARTMENT ) | |
| OF MENTAL HEALTH ) | |
| ) | |
| Defendant. ) | |

## ON CONSENT: MOTION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT

The status of this matter is that counsel for the parties have agreed upon the text of a settlement agreement, the plaintiff Mr. Givens has signed the agreement and tendered it to the Defendant, but the parties are awaiting a signed agreement from the Defendant. Consequently, another extension of time is needed in order to complete the settlement of this case.

If the Court is not inclined to grant this motion, Plaintiff respectfully requests that the case be reinstated.

_____
Alan Lescht
ALAN LESCHT & ASSOCIATES, P.C.
1050 Seventeenth St., N.W.
Suite 220
Washington, DC 20036
(202) 463-6036
Attorneys for Plaintiff