IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GIVENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, DEPARTMENT )<br>OF MENTAL HEALTH )<br>)<br>Defendant. )<br>) | Civil Action No. 05-ca-002435(ESH) |

ORDER

Upon consent of the parties, it is hereby ORDERED that the time for the parties to complete documentation of the settlement is extended for an additional 45-days.

_____
USDJ